738

of release, is assailed. It requires no comment at this point in view of our disposition of the case.

Criticism is direct at an instruction dealing with the amount of damages the jury might award, this on the ground that it failed to require the jury to give credit for amounts paid by appellant under the release contract. Appellant's proposed instructions as to rescission and restitution were refused. Our decision disposes of these issues.

The case is remanded with directions to grant a new trial.

PER CURIAM.

We have examined the briefs and the record in this case. The evidence was sufficient to warrant submitting the case to the jury and to support the verdict. The exclusion of exhibit No. D-3 for identification was not prejudicial error. While the question and the remark of the Assistant United States Attorney, objected to by the defendant, were improper, they were not of such a character as to affect seriously the fairness of the proceedings. The motions for mistrial were properly denied. The trial judge's charge was adequate and fair.

Accordingly the judgment of conviction is affirmed.

## UNITED STATES v. HAM.

No. 9256.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 23, 1947.

Decided March 12, 1947.

William V. Azzoli, of Newark, N. J., for appellant.

Charles J. Tyne, of Newark, N. J. (Edgar H. Rossbach, U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before BIGGS and KALODNER, Circuit Judges, and McGRANERY, District Judge.

## CORNMAN v. GRAEBER STRINGING & WIRING MACH. CO. et al.

No. 9254.

Circuit Court of Appeals, Third Circuit.

Argued March 3, 1947.

Decided March 14, 1947.

